**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAUL WILLIAMS, | No. C 09-5314 MMC (PR) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME** |
| v. | |
| ROBERT A. HOREL, et al., | |
| Defendants. | **(Docket No. 12)** |

     GOOD CAUSE APPEARING, defendants' request for an extension of time to file a summary judgment or other dispositive motion is hereby GRANTED. Defendants shall file such motion no later than **October 12, 2010**. Within **thirty** days of the date the motion is filed, plaintiff shall file with the Court and serve on defendants' counsel opposition thereto. Defendants <u>shall</u> file a reply to plaintiff's opposition within **fifteen** days of the date such opposition is filed.

     This order terminates Docket No. 12.

     IT IS SO ORDERED.

DATED: August 11, 2010

_____
MAXINE M. CHESNEY
United States District Judge