UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL PAUL WILLIAMS, | No. 3:09-CV-5314 MMC (NJV) |
|     Plaintiff, | ORDER RE ATTENDANCE OF CDCR REPRESENTATIVE AT SETTLEMENT CONFERENCE |
|     v. | |
| ROBERT A. HOREL, et al., | |
|     Defendants. | |

This matter is set for a settlement conference on November 4, 2011, at Pelican Bay State Prison. On October 13, 2011, the Court received from Defense Counsel a written request that the CDCR representative, whose office is in Sacramento, be allowed to attend the settlement conference by telephone. Good cause appearing, the request is HEREBY GRANTED.

IT IS SO ORDERED.

Dated: October 17, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL PAUL WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT A. HOREL, et al.,<br><br>    Defendants.<br>_____/ | No. 3:09-CV-5314 MMC (NJV)<br><br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that I am an employee of the U.S. District Court, Northern District of California, and that on October 17, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Michael Paul Williams
J-67958
Pelican Bay State Prison
P.O. Box 7500 D1-Cell #115L
Crescent City, CA 95532

RICHARD W. WIEKING, CLERK

By: /s/   Linn Van Meter
       Administrative Law Clerk

2