IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL PAUL WILLIAMS, | ) | No. C 09-5314 MMC (PR) |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| ROBERT A. HOREL, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court having been advised by Magistrate Judge Nandor J. Vadas that the parties have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that plaintiff's claims alleged against defendants herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereon on the opposing party, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar for further proceedings as appropriate.

The Clerk shall close the file.

IT IS SO ORDERED.

DATED: November 28, 2011

_____
MAXINE M. CHESNEY
United States District Judge