J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
LYNNE G. STOCKER (SBN130333)
lstocker@andradalaw.com
**ANDRADA & ASSOCIATES**
PROFESSIONAL CORPORATION
180 Grand Avenue, Suite 225
Oakland, California 94612
Tel.: (510) 287-4160
Fax: (510) 287-4161

Attorneys for Defendants
ROBERT HOREL, MARK COOK, DAYTON CONOVER,
FRED STONER, RICHARD ORR and JUSTIN WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL PAUL WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT HOREL, MARK COOK, DAYTON CONOVER, FRED STONER, RICHARD ORR, JUSTIN WILLIAMS, R. PIMENTAL; and N. GRANNIS,<br><br>Defendants. | Case No.: 3:09-cv-05314-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Maxine M. Chesney |

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1). IT IS FURTHER STIPULATED that each party shall bear their own costs.

Dated: 4 Nov. 2011

ANDRADA & ASSOCIATES

By: /s/ Lynne G. Stocker
Lynne G. Stocker
Attorneys for Defendants
ROBERT HOREL, MARK COOK,
DAYTON CONOVER, FRED STONER,
RICHARD ORR and JUSTIN WILLIAMS

Dated: 11-4-11

_____
MICHAEL PAUL WILLIAMS

### [PROPOSED] ORDER

The above-captioned action is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1).

IT IS SO ORDERED.

Dated: 12-8-11

_____
THE HONORABLE MAXINE CHESNEY
United States District Judge

{00076987.DOC/}DOC 0872
STIPULATION AND ORDER OF DISMISSAL

*Williams v. Horel, et al.*
3:09-cv-05314-MMC

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAUL WILLIAMS,<br><br>  Plaintiff,<br><br>v.<br><br>ROBERT A. HOREL et al,<br><br>  Defendant. | Case Number: CV09-05314 MMC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 8, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Paul Williams
J-67958
Pelican Bay State Prison
P.O. Box 7500 D1-Cell #115L
Crescent City, CA 95532

Dated: December 8, 2011

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero, Deputy Clerk